# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RODERICK BO JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOONE PHILLIPS (A.D.A.), ) <br> ) <br> Defendant. ) | Case No. CV415-127 |

## REPORT AND RECOMMENDATION

Roderick Bo Jackson brings this 42 U.S.C. § 1983 case against Boone Phillips, the assistant district attorney who prosecuted him in state court.[1] Doc. 1. He complains that Phillips "lied in open court" during a pretrial motions hearing by misrepresenting the facts critical to

---

[1] This is one of four civil cases Jackson has commenced in this Court related to his arrest on September 30, 2013 for aggravated assault and other charges. In each case Jackson alleges that one or more state officials (a police detective, prosecutor, and/or judge) violated his constitutional rights during the investigation and prosecution of the state criminal charges. Doc. 1 at 5; *Jackson v. Grogan*, CV415-79 (filed Apr. 1, 2015); *Jackson v. Ruffini*, CV414-250 (filed November 17, 2014); *Jackson v. Grogan*, CV414-249 (filed November 17, 2014). Jackson's central claim is this: although he was properly charged with, and confessed to, the misdemeanor offense of obstruction by fleeing, he was falsely charged and prosecuted for various felony offenses (each dependent upon his possession of a firearm that he denies ever having.). Since the filing of these complaints, Jackson was tried by a jury, convicted, and sentenced in the Superior Court of Chatham County, Georgia. *See* attached criminal docket from the state court website (reflecting his sentencing on Aug. 7, 2015).

his prosecution for attempted armed robbery (by falsely claiming that "he held a gun"). *Id.* at 5. Jackson seeks damages "for the false statements against me and my family, and for the defamation of my character." *Id.* at 6. He also wants those false statements "erased off any trial court hearings that I may have in the future." *Id.*

His case must be dismissed.[2] First, to the extent Jackson complains of a defect in the state criminal proceedings against him and seeks to invalidate his conviction, § 1983 affords him no remedy. "[A] prisoner in state custody cannot use a § 1983 action to challenge the fact or duration of his confinement. . . . He must seek federal habeas corpus relief (or appropriate state relief) instead." *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005) (quotes and cites omitted); *Heck v. Humphrey*, 512 U.S. 477, 481 (1994) ("[H]abeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and

---

[2] As Jackson is proceeding *in forma pauperis* ("IFP"), his action is subject to immediate dismissal if the Court determines that it is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief from a defendant immune from such relief. 28 U.S.C. § 1915(e)(2) (allowing the dismissal of IFP actions "at any time" they are determined to raise non-cognizable claims); 28 U.S.C. § 1915A (requiring early screening of all prisoner/detainee complaints against governmental entities or officials and the dismissal of non-cognizable claims).

seeks immediate or speedier release, even though such a claim may come within the literal terms of § 1983."); *Cooks v. Sec'y, Fla. Dep't of Corr.*, 599 F. App'x 940, 941 (11th Cir. 2015) (district courts must "'ensure that state prisoners use only habeas corpus (or similar state) remedies when they seek to invalidate the duration of their confinement--either directly through an injunction compelling speedier release or indirectly through a judicial determination that necessarily implies the unlawfulness of the State's custody.'") (quoting *Wilkinson*, 544 U.S. at 81); *Harris v. Purvis*, 2015 WL 3439857 at * 1 (S.D. Ga. May 27, 2015). And before he can bring a federal habeas action, he must first exhaust his available state remedies through either a direct appeal or a petition for collateral relief. *Wilkinson*, 544 U.S. at 79 (federal "habeas corpus actions require a petitioner fully to exhaust state remedies, which § 1983 does not"); 28 U.S.C. § 2254(b), (c).

Second, his damages claim against the state prosecutor for lying to the state court about the nature of his criminal conduct cannot be heard until his conviction has been overturned. As explained in *Heck*, a § 1983 damages action that necessarily implies the invalidity of the plaintiff's conviction or sentence "is not cognizable under § 1983." *Id.* at 487.

Such a cause of action simply "does not accrue until the conviction or sentence has been invalidated." *Id.* at 490. Jackson's claim that he was prosecuted on trumped up charges, if found to have merit, would clearly serve to call into question the validity of his criminal conviction. Jackson, therefore, must have his conviction overturned or set aside before he may prosecute his damages claim. *Id.* at 486-87.

But even if the *Heck* bar did not apply, Jackson's suit against the assistant district attorney for "committing perjury against my case" (doc. 1 at 5) could not survive initial screening. "Prosecutors performing 'prosecutorial functions' receive absolute immunity and are therefore not subject to suit under 42 U.S.C. § 1983." *Long v. Satz.* 181 F.3d 1275, 1278 (11th Cir. 1999). "Prosecutorial immunity applies . . . to the prosecutor's actions in initiating a prosecution and presenting the State's case." *Hart v. Hodges*, 587 F.3d 1288, 1295 (11th Cir. 2009). Here, the state prosecutor is immune from suit for his choice of which charges to bring or his characterization of the evidence supporting those charges.

Given the sheer frivolity of Jackson's complaint, it must be **DISMISSED WITH PREJUDICE** and a re-pleading option is not warranted. *See Langlois v. Traveler's Ins. Co.*, 401 F. App'x 425, 426-27

4

(11th Cir. 2010); *Dysart v. BankTrust*, 516 F. App'x 861, 865 (11th Cir. 2013) ("district court did not err in denying Dysart's request to amend her complaint because an amendment would have been futile."); *Simmons v. Edmondson*, 225 F. App'x 787, 788-89 (11th Cir. 2007) (district court did not err in dismissing complaint with prejudice without first giving plaintiff leave to amend because no amendment could have overcome the defendants' immunity).

Meanwhile, Jackson must pay his $350 filing fee. His furnished account information shows that he has had a $46.67 average monthly balance in his prison account during the past six months. Doc. 5. He therefore owes a $9.33 initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). Plaintiff's custodian (or designee) therefore shall set aside 20 percent of all future deposits to the account, then forward those funds to the Clerk each time the set aside amount reaches $10.00, until the balance of the Court's $350.00 filing fee has been paid in full.

Also, the Clerk is **DIRECTED** to send this Order to plaintiff's account custodian immediately. In the event plaintiff is transferred to

another institution, his present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to plaintiff's new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.[3]

**SO REPORTED AND RECOMMENDED** this ___8TH___ day of October, 2015.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[3] Jackson is reminded that the $350 filing fees in these cases *will be collected*, however long it takes, from his prison accounts. The mere fact that he has been granted IFP status does not excuse his cumulative, $1,400 fee debt; all he has been granted here is the option to pay that $1,400 on § 1915's installment plan.



### CHATHAM COUNTY, GA
### Eastern Judicial Circuit of Georgia

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

October 08, 2015   Location: Case Details    Search...



CASE LOOKUP

COURT FORMS

COURT FEES

MAP & DIRECTIONS

JURY SERVICES

SITE SEARCH

# Case Details



**State VS. JACKSON, RODERICK BO**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR132650 |
| Case Type: | CRIM ATT-ARMED ROBBERY |
| Judge: | HONORABLE MICHAEL KARPF |
| Assistant District Attorney: | BOONE PHILLIPS |
| Date Filed: | 12/18/2013 |
| Status: | CLOSED - JURY GUILTY |
| Disposition Date: | 8/7/2015 |
| Disposition: | JURY GUILTY |

### Defendant Information
| | |
|---|---|
| Name: | JACKSON, RODERICK BO |
| DIN: | P0407495 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 74 |
| Weight: | 138 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information
N/A

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 9/29/2015 11:37:23 AM | 11:37AM | TRANSCRIPT RECEIVED | | |
| 9/29/2015 11:36:18 AM | 11:36AM | TRANSCRIPT RECEIVED | | |
| 9/15/2015 12:52:21 PM | 12:52PM | TRANSCRIPT RECEIVED | | |
| 9/11/2015 1:46:55 PM | 1:46PM | TRANSCRIPT RECEIVED | | |
| 8/7/2015 | 09:05AM | SEN | MICHAEL KARPF | |
| 7/14/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 7/7/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 6/29/2015 | 09:35AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 6/26/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 6/10/2015 12:17:40 PM | 12:17PM | TRANSCRIPT RECEIVED | | |
| 5/26/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | RESCHEDULE EVENT |
| 5/7/2015 12:53:03 PM | 12:53PM | TRANSCRIPT RECEIVED | | |
| 5/1/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 4/14/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 4/10/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 2/2/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 1/26/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 1/13/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 10/16/2014 | 2:31PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 9/2/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 8/8/2014 | 2:30PM | MOTION HEARING (MTH) | PENNY FREESEMANN | |
| 6/16/2014 | 11:00AM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 5/8/2014 | 10:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | |

| 5/5/2014 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 3/11/2014 | 2:30PM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | |

[Return to Top]

## Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 9/30/2013 5:28:15 PM | Guilty 7/17/2015 |
| Sentencing Details: | Description | | Fine | Duration | |
| | | | $0.00 | 12 Months-PRISON | |
| 16-11-131 | POSSESS FIREARM BY CONVICTED FELON | 1 | FELONY | 9/30/2013 5:28:27 PM | Guilty 7/17/2015 |
| Sentencing Details: | Description | | Fine | Duration | |
| | CONSEC TO Count 7 | | $0.00 | 5 Years-PRISON | |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| Sentencing Details: | Description | | Fine | Duration | |
| | | | $0.00 | 10 Years-PRISON | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| Sentencing Details: | Description | | Fine | Duration | |
| | | | $0.00 | 5 Years-PRISON | |
| 16-5-24 | AGGRAVATED BATTERY | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| Sentencing Details: | Description | | Fine | Duration | |
| | | | $0.00 | 20 Years-PRISON | |

[Return to Top]

## Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 9/29/2015 11:37:23 AM | 11:37AM | TRANSCRIPT RECEIVED | | | 07/14-17/15 MASTER INDEX TO JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/29/2015 11:36:18 AM | 11:36AM | TRANSCRIPT RECEIVED | | | 07/14-17/15 VOLUME 2, JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/29/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN FOR EXTENSION OF TIME TO FILE TRANSCRIPTS/ |
| 9/16/2015 | | MEMORANDUM | | | |
| 9/15/2015 12:52:21 PM | 12:52PM | TRANSCRIPT RECEIVED | | | 07/14-17/15 VOLUME 1, JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/11/2015 1:46:55 PM | 1:46PM | TRANSCRIPT RECEIVED | | | 08-07-15 SENTENCING HEARING, JUDGE KARPF PRESIDING |
| 8/28/2015 | | PRO SE MOTION | | | MTN FOR EXTENSION OF TIME TO FILE TRANSCRIPT/ |
| 8/25/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN FOR NEW TRIAL/ |
| 8/21/2015 | | VERDICT | | | |
| 8/12/2015 | | PRO SE LETTER RECEIVED | | | REQUEST GRAND JURY TRANSCRIPTS/ |
| 8/7/2015 | | EXHIBIT & WITNESS LIST | | | |
| 8/7/2015 | | STATEMENT OF APPEAL | | | |
| 8/7/2015 | | CASE DISPOSED | GUILTY | MICHAEL KARPF | CASE DISPOSED GT |
| 8/7/2015 | 09:05AM | SEN | | MICHAEL KARPF | |
| 7/17/2015 | | VERDICT | | | RECEIPT FOR EVIDENCE/EXHIBIT AND WITNESS LIST/ |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 7/15/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN TO QUASH INCITMENT/ |
| 7/15/2015 | | STATE"S JURY CHARGES | | | DEF REQ TO CHARGE/PET FOR USE IMMUNITY FOR WITNESS/ORDER GRANTING USE IMMUNITY TO WITNESS-KEVIN GROGAN/ |
| 7/14/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 7/10/2015 | | ENTRY OF APPEARANCE | | | ASSISTING PRO SE DEF-THOMAS BATESKI |
| 7/9/2015 | | LIST OF WITNESSES | | | |
| 7/7/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 7/2/2015 | | STATES SUPPLEMENTAL DISCOVERY | | | NTC OF RECIDIVIST PROSECUTION/NTC OF INTENT TO INTRO EVIDENCE IN AGGRAVATION/NTC OF INTENT TO IMPEACH WITH PRIOR CONVICTION/LIST OF WITNESSES/NTC OF STATE INTENTION TO OFFER RECORDED JAIL VISITS INTO EVIDENCE/ |
| 6/29/2015 | | EXHIBIT & WITNESS LIST | | | |
| 6/29/2015 | | LIST OF WITNESSES | | | |
| 6/29/2015 | | NOTICE - OF INTENT | | | BY STATE TO OFFER 911 CALL AND POLICE RADIO TRAFFIC INTO EVIDENCE UNDER OCGA 24-8-803/24-9-902 |
| 6/29/2015 | | LIST OF WITNESSES | | | |
| 6/29/2015 | 09:35AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 6/26/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 6/10/2015 12:17:40 PM | 12:17PM | TRANSCRIPT RECEIVED | | | 05-01-15 MOTION HEARING, JUDGE KARPF PRESIDING |
| 6/10/2015 | | PRO SE MOTION | | | MTN RESERVING THE RIGHT TO FILE ADDITIONAL MTNS/ |
| 5/29/2015 | | SPECIAL DEMURRER | | | MY STATEMENT OF INNOCENCE/ |
| 5/28/2015 | | PRO SE MOTION | | | MTN FOR DISCLOSURE OF IMPEACHING INFO/ |
| 5/26/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | RESCHEDULE EVENT | MICHAEL KARPF | |
| 5/8/2015 | | PRO SE MOTION | | | MTN FOR DISCLOSURE OF SIMILAR OR EXTRINSIC ACT EVIDENCE AND FOR A PRETRIAL HEARING TO DETERMINE THE AMISSIBILITY OF ANY ACTS ALLEGED BY THE STATE TO BE SIMILAR TRANSACTION/ |
| 5/7/2015 12:53:03 PM | 12:53PM | TRANSCRIPT RECEIVED | | | 04-14-15 JURY DOCKET REVIEW, JUDGE KARPF PRESIDING |
| 5/4/2015 | | ORDER | | | MTN TO SUPPRESS-DENIED/MTN TO CONTINUE-GRANTED/MTN TO DEMURRER-DENIED/ |
| 5/1/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 4/29/2015 | | PRO SE MOTION | | | CONSOLIDATED MTNS PKG/ |
| 4/27/2015 | | PRO SE LETTER RECEIVED | | | |
| 4/23/2015 | | PRO SE MOTION | | | MTN TO ACT PRO SE WITH ASSISTANCE OF COUNSEL/ |
| 4/21/2015 | | PRO SE MOTION | | | MTN TO SUPPRESS/ |
| 4/20/2015 | | PRO SE MOTION | | | MTN TO COMPEL/MTN FOR EXTENSION OF TIME TO PREPARE TRIAL DEFENSE/ |
| 4/14/2015 | | PRO SE MOTION | | | SPECIAL DEMURRER AND MTN TO DISMISS THE INDICTMENT/ |
| 4/14/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 4/10/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 4/9/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 3/20/2015 | | ORDER | | | MTN TO WITHDRAW ATTY SOLOMON AMUSAN-GRANTED/ |
| 3/11/2015 | | MOTION - TO WITHDRAW ATTY | | | S0OLOMON AMUSAN/ |
| 3/2/2015 | | PRO SE LETTER RECEIVED | | | |
| 2/2/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 1/30/2015 | | STATES SUPPLEMENTAL DISCOVERY | | | |
| 1/28/2015 | | LIST OF WITNESSES | | | |
| 1/26/2015 | | MOTION - IN LIMINE | | | TO EXCLUDE THE USE OF THE PREJUDICIAL TERM VICTIM/MTN IN LIMINE/ |
| 1/26/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 1/20/2015 | | LIST OF WITNESSES | | | |
| 1/20/2015 | | NOTICE TO CLERK OF SUPERIOR COURT | | | |
| 1/13/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 12/4/2014 | | ORDER | | | OMNIBUS ORDER/ STATE"S MOTION TO DISMISS MOTION TO SUPPRESS - GRANTED DEFENDANT"S JACKSON-DENNO MOTION AND STATE"S MOTION IN LIMINE REGARDING SELF-SERVING STATEMENTS - GRANTS/ DEFENDANT"S MOTION TO SUPPRESS IDENTIFICATION - DENIED/ STATES 404(B) MOTION - GRANTED/ |
| 10/23/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/16/2014 | 2:31PM | ARRAIGN/TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 9/5/2014 | | TRANSCRIPT RECEIVED | | | MOTIONS HEARING AUGUST 8,2014 |
| 9/2/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 8/20/2014 | | BRIEF | | | STATE"S BRIEF IN SUPPORT OF ADMISSIONS OF TRANSACTIONS PROFFERED (404)B/ |
| 8/12/2014 | | STATES DISC RESTRICTED ACCESS 35-3-38 | | | PURSUANT TO O.C.G.A.§35-6-38/ |
| 8/8/2014 | | EXHIBIT & WITNESS LIST | | | |
| 8/8/2014 | | MOTION - IN LIMINE | GRANTED | | REGARDING SELF SERVING STATEMENTS/ |
| 8/8/2014 | 2:30PM | MOTION HEARING (MTH) | | PENNY FREESEMANN | |
| 7/28/2014 | | LIST OF WITNESSES | | | |
| 7/21/2014 | | ORDER | | | ORDER ON DEF MOTION FOR EXTENSION OF TIME TO FILE ADD MOTIONS-GRANTED/ |
| 7/15/2014 | | MOTION | GRANTED | | MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS/ |
| 7/8/2014 | | STATES SUPPLEMENTAL DISCOVERY | | | AMENDED/ |
| 7/8/2014 | | NOTICE OF TRANSACTIONS PUR OCGA 24-4-404(B) | GRANTED | | |
| 7/1/2014 | | STATES DISC RESTRICTED ACCESS 35-3-38 | | | SEALED RECORDS/ |
| 6/27/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/16/2014 | | PRETRIAL CONF SCHED ORDER | | | |
| 6/16/2014 | 11:00AM | PRETRIAL CONFERENCE | | PENNY FREESEMANN | |
| 5/20/2014 | | ORDER | | | ORDER ON DEFENDANT"S PRO SE MOTION (1) JANUARY 15, 2014, DEMURRER AND MOTION TO DISMISS THE INDICTMENT (2) JANUARY 15, 2014 MOTION TO COMPEL - DISMISSED/ |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 5/8/2014 | 10:30AM | ARRAIGNMENT/CALENDAR CALL | | PENNY FREESEMANN | |
| 5/5/2014 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 4/7/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | DEFENDANT"S DISCOVERY REQUEST AND NOTICE OF DEFENDANT"S ELECTION TO PROCEED/ |
| 4/7/2014 | | DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 | | | |
| 3/14/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/11/2014 | 2:30PM | STATUS CONFERENCE HEARING | | PENNY FREESEMANN | |
| 1/15/2014 | | PRO SE MOTION | DISMISSED | | MOTION TO COMPEL/ |
| 1/15/2014 | | PRO SE MOTION | DISMISSED | | DEMURRER AND MOTION TO DISMISS THE INDICTMENT/ |
| 1/10/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 12/31/2013 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/19/2013 10:54:09 AM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 12/18/2013 | | INDICTMENT | | | |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2015 - Chatham County Courts

10/8/2015 2:28 PM